# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

U.S.A. vs. ERNEST WILLIAMS                                    Docket No. 3:02CR00250(AWT)

## PETITION ON PROBATION AND SUPERVISED RELEASE

**COMES NOW** Robert E. Bouffard, PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Ernest Williams, who was sentenced to 63 months imprisonment for Conspiracy to Possess with the Intent to Distribute 50 Grams or More of Cocaine Base, in violation of 21 U.S.C. § 846 by the Honorable Alvin W. Thompson, U.S. District Judge sitting in the court at Hartford, Connecticut on February 24, 2004, who fixed the period of supervision at eight years which commenced on April 19, 2007, and imposed the general terms and conditions theretofore adopted by the court. The following special conditions of supervised release were also ordered: 1) The defendant shall participate in a substance abuse treatment program, which may be either inpatient or outpatient, and may include random testing, and the details as to the selection and schedule of the program shall be approved by the U.S. Probation Office; the defendant shall pay all or part of the costs associated with substance abuse treatment, based on his ability to pay as approved by the U.S. Probation Office; 2) The defendant shall participate in a mental health treatment program, either inpatient or outpatient, and the details as to the selection and schedule of the program shall be approved by the U.S. Probation Office; the defendant shall pay all or part of the costs of such treatment, based on his ability to pay as approved by the U.S. Probation Office; and 3) The defendant shall perform 400 hours of community service at the rate of 50 hours per year as approved by the U.S. Probation Office, provided that it does not interfere with the defendant's employment or any vocational training program. The term of supervised release is scheduled to expire on April 18, 2015.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:**
The defendant is being cited for violating the following conditions of supervised release:

Mandatory Condition: "The defendant shall not commit another federal, state, or local offense."

On November 1, 2007, following a traffic stop made by the New Haven Police Department, the offender was arrested for Possession of a Controlled Substance, Possession of a Controlled Substance within 1500 feet of a School, Operation of an Unregistered Motor Vehicle, Operation of a Motor Vehicle with a Suspended License, Operation of an Uninsured Motor Vehicle, Interfering with Police Officers, and Improper Parking. The traffic stop was made on Sylvan Avenue in New Haven. Mr. Williams was the driver of the gold Chrysler Concorde. Mr. Williams was charged with Possession of a Controlled Substance following the officers locating a zip lock bag containing marijuana. He was further charged with Interfering with Police Officers, after he failed to comply with officer's instructions while being detained.

See attachment.

**PRAYING THAT THE COURT WILL ORDER** a summons directing Ernest Williams to appear before this court at Hartford, Connecticut on **DEC 21** at **2PM** to show cause why supervision should not be revoked.

### ORDER OF COURT

Considered and ordered this **10th**
day of December 2007 and ordered filed and made
a part of the records in the above case.

The Honorable Alvin W. Thompson
United States District Judge

Sworn to By

Robert E. Bouffard
United States Probation Officer

Place **HARTFORD, CT**

Date **DECEMBER 10, 2007**

Before me, the Honorable Alvin W. Thompson, United States District Judge, on this 10th day of December 2007 at Hartford, Connecticut, U.S. Probation Officer Robert E. Bouffard appeared and under oath stated that the facts set forth in this petition are true to the best of his knowledge and belief.

Honorable Alvin W. Thompson
United States District Judge

Attachment:

Standard Condition : "The defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer."

On November 1, 2007, following a traffic stop made by the New Haven Police Department, the offender was arrested for Possession of a Controlled Substance, Possession of a Controlled Substance within 1500 feet of a School, Operation of an Unregistered Motor Vehicle, Operation of a Motor Vehicle with a Suspended License, Operation of an Uninsured Motor Vehicle, Interfering with Police Officers, and Improper Parking. The traffic stop was made on Sylvan Avenue in New Haven. Mr. Williams was the driver of the gold Chrysler Concorde. Mr. Williams was charged with Possession of a Controlled Substance following the officers locating a zip lock bag containing marijuana. He was further charged with Interfering with Police Officers, after he failed to comply with officer's instructions while being detained. The offender failed to contact the U.S. Probation Office within seventy-two hours of the incident as required.