UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| vs. | : | |
| | : | CRIMINAL NO. 3:02CR00250(AWT) |
| ERNEST WILLIAMS | : | |

**ORDER MODIFYING CONDITIONS OF SUPERVISED RELEASE**

On February 2, 2004, the defendant was sentenced to 63 months' imprisonment and eight years' supervised release for Conspiracy to Possess with the Intent to Distribute 50 Grams or More of Cocaine Base, subject to standard and special conditions. At a violation hearing on December 21, 2007, defendant Williams was afforded counsel and given the opportunity to be heard. No findings were made regarding the alleged violations of supervised release. The court determined that the defendant shall remain on supervised release with a modification to the special conditions.

ACCORDINGLY, IT IS ORDERED that the conditions of supervised release be modified to add the following special condition:

> The defendant shall be placed on home confinement with electronic monitoring until his pending criminal case in New Haven Superior Court is resolved. The defendant shall make arrangements for the appropriate installation of the electronic monitoring equipment. Further, the defendant shall comply with all conditions of electronic monitoring as required by the United States Probation Office, and shall pay for the service.

It is so ordered.

Dated this 3rd day of January 2008, at Hartford, Connecticut.

                                                        /s/AWT
                                          Alvin W. Thompson
                                    United States District Judge