**SHEEHAN & REEVE**
*Attorneys at Law*
139 Orange Street, Suite 301
New Haven, CT 06510

Richard A. Reeve
Michael O. Sheehan

Phone (203) 787-9026
Fax (203) 787-9031
mosheehan@snet.net

January 31, 2008

Bonnie D'Onofrio
Clerk's Office
US District Court
450 Main Street
Hartford, CT 06103

Re:  USA v. Ernest Williams
     3:02cr250 (AWT)

Dear Bonnie,

    Enclosed is the CJA 23 affidavit for Mr. Williams. I ask that this be filed under seal and presented to Judge Thompson for his consideration with respect to my appointment as Mr. William's attorney on the recently concluded supervised release revocation proceedings. I also ask that my appointment be made *nunc pro tunc* to December 11, 2007 when I was first notified by probation of the case. Please call if you have any questions about this.

Very truly yours,

Michael O. Sheehan