UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

```
------------------------------x
                              :
UNITED STATES OF AMERICA      :
                              :
v.                            :   CRIM. NO. 3:02CR250(AWT)
                              :
ERNEST WILLIAMS               :
                              :
------------------------------x
```

### ORDER RE APPOINTMENT OF CJA COUNSEL

Attorney Michael O. Sheehan is hereby appointed CJA counsel for the defendant, Ernest Williams, *nunc pro tunc* to December 11, 2007.  The Clerk shall docket the January 31, 2008 letter from Attorney Sheehan, which was filed on February 5, 2008.

It is so ordered.

Dated this 5th day of February 2008, at Hartford, Connecticut.

                                                                          /s/AWT
                                              Alvin W. Thompson
                                    United States District Judge